1

2

3

4

5

6

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11  **JOANNE M. DUNLAP,**                                   **Case No. 1:09-CV-01304-LJO-SMS**
                                                          )  [Hon. Lawrence J. O'Neill; Courtroom 4]
12                  Plaintiff,                             )

13                                                         )  **ORDER AUTHORIZING PLAINTIFF**
        vs.                                                )  **JOANNE DUNLAP TO FILE FIRST**
14                                                         )  **AMENDED COMPLAINT**

15  **FEDERAL DEPOSIT**                                    )
    **INSURANCE CORPORATION**                              )  [Stipulation Filed Concurrently Herewith]
16  **(FDIC),**                                            )

17                                                         )  Complaint served:  August 19, 2009
                    Defendant.                             )
18                                                         )

19                                                         )  Deadline for Stipulation:  March 5, 2010
                                                           )  Judge:        Hon. Sandra M. Snyder
20                                                         )              Courtroom 7

21                                                         )
                                                           )
22                                                         )
                                                           )
23  _____                     )

24

25

26

27

28

Epstein, Turner & Song
A Professional Corporation
777 S. Figueroa Street
Suite 4950
Los Angeles, CA 90017

PDF created with pdfFactory trial version www.pdffactory.com

C:\Windows\Temp\notes101AAT\Stipulation for filing First Amended Complaint.Proposed Order - FINAL.doc

Plaintiff Joanne Dunlap ("Plaintiff"), in Pro Per, and Federal Deposit Insurance Corporation as Receiver of County Bank, by and through its counsel of record, Epstein, Turner & Song, A Professional Corporation, by Michael R. Weiss, filed a Stipulation on March 3 and March 2 of 2010, seeking a Court Order authorizing Plaintiff to file a First Amended Complaint in this action incorporating the requested additional allegations set forth in the parties Joint Scheduling Report for the February 17, 2010, Joint Scheduling Conference.  The Court finds good cause to grant the relief requested in the Stipulation and specifically orders as follows:

1.      Plaintiff is authorized to file a First Amended Complaint within Fourteen (14) days from service of this Order.

IT IS SO ORDERED.

Dated:   March 4, 2010                    /s/ Sandra M. Snyder

SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

Epstein, Turner & Song
A Professional Corporation
777 S. Figueroa Street
Suite 4950
Los Angeles, CA 90017

PDF created with pdfFactory trial version www.pdffactory.com